38554. GRIGGERS *et al.* v. ROZEAR *et al.*

JORDAN, Judge. There being no approved brief of evidence contained in the transcript of the record and the clerk of the trial court having certified that there is no such brief on file in his office, and there being no assignment of error which

can be determined without a consideration of the evidence in the case, it will be assumed that the judgment of the court below was correct. See *Price v. Price*, 122 Ga. 321 (50 S. E. 91).

*Judgment affirmed. Townsend, P. J., Carlisle and Frankum, JJ., concur.*

DECIDED FEBRUARY 3, 1961.

*Sam J. McFayden, Jr.*, for plaintiffs in error.

*Byrd & Quillian, Kelley Quillian, Vaughn & Barksdale, C. R. Vaughn, Jr.*, contra.